NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3298

LOUIS J. DE MAIO

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0831060036-I-1.

ON MOTION

Before MAYER, CLEVENGER, and RADER, Circuit Judges.

PER CURIAM.

## O R D E R

Louis J. De Maio moves for a stay of his removal from employment in 2005, pending review of this petition. The Office of Personnel Management opposes.

The court notes that this case involves De Maio's request to make annuity contributions and not his removal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for a stay of De Maio's removal is denied.

FOR THE COURT

JUL 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Louis J. De Maio
    Michael J. Dierberg, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2009

JAN HORBALY
CLERK

2006-3298                    - 2 -